MICHAEL AMALFI, SR., Appellant, v KIMBERLY RAY et al., Respondents. [48 NYS3d 905]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered January 29, 2016. The order granted the motion of defendants to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court. Present—Whalen, P.J., Lindley, NeMoyer, Curran and Troutman, JJ.

 DARELYN CLAUSE, as Administratrix of the Estate of KYLE C. ATKINS, Deceased, Appellant, v ERIE COUNTY MEDICAL CENTER et al., Defendants, and WILLIAM J. FLYNN, JR., M.D., et al., Respondents. [48 NYS3d 905]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered March 23, 2016. The order granted defendants-respondents' motion to dismiss the complaint and all cross claims against them.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Whalen, P.J., Lindley, NeMoyer, Curran and Troutman, JJ.